## Claud WOODS v. STATE.
### No. 24197.

Court of Criminal Appeals of Texas.
Dec. 15, 1948.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for robbery. The penalty assessed is confinement in the state penitentiary for a period of twenty years.

Since perfecting his appeal, appellant has filed a written motion duly verified, requesting the privilege of withdrawing said appeal. The request is granted and the appeal is now ordered dismissed.